UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-03015 |
| | § | |
| $18,977.00 IN U.S. CURRENCY, | § | |
| Defendant in rem. | § | |

## CERTIFICATION OF NOTIFICATION TO CHARLES TALIAFERRO

1. I, Albert Ratliff, Assistant United States Attorney, declare under penalty of perjury that the following is true and correct.

2. On August 22, 2011 the Rule G Notice of Forfeiture (Exhibit A)[1], Complaint for Forfeiture in Rem, and Court Procedures were sent via Federal Express to Charles Taliaferro at his home address in Nashville, Tennessee.

3. The delivery confirmation is listed below:

---

[1] All attached exhibits are incorporated into this document.

Page 1 of 2



## FedEx

**Detailed Results**

Tracking no.: 795104148141    Select time format: 12H

### Delivered
Signed for by: Signature not required

**Shipment Dates**
Ship date  Aug 22, 2011
Delivery date  Aug 24, 2011 1:27 PM

**Destination**
Nashville, TN
Proof of Delivery

### Shipment Options
Hold at FedEx Location
Hold at FedEx Location service is not available for this shipment.

### Shipment Facts

| Service type | Standard Envelope | Delivered to | Residence |
|---|---|---|---|
| Weight | 0.5 lbs/.2 kg | Reference | Asset Forfeiture |

### Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Aug 24, 2011 1:27 PM | Delivered | Nashville, TN | Left at front door. Package delivered to recipient address - release authorized |
| Aug 24, 2011 7:29 AM | On FedEx vehicle for delivery | NASHVILLE, TN | |
| Aug 23, 2011 4:33 PM | At local FedEx facility | NASHVILLE, TN | |
| Aug 23, 2011 2:34 PM | Delivery exception | NASHVILLE, TN | Incorrect address - Street name/number |
| Aug 23, 2011 7:26 AM | On FedEx vehicle for delivery | NASHVILLE, TN | |
| Aug 23, 2011 7:14 AM | At local FedEx facility | NASHVILLE, TN | |
| Aug 23, 2011 2:40 AM | Departed FedEx location | MEMPHIS, TN | |
| Aug 22, 2011 11:45 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Aug 22, 2011 8:30 PM | Left FedEx origin facility | HOUSTON, TX | |
| Aug 22, 2011 6:45 PM | Picked up | HOUSTON, TX | |
| Aug 22, 2011 11:18 AM | Shipment information sent to FedEx | | |

Dated: August 25, 2011.

Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300
Albert.Ratliff@usdoj.gov